UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60255-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY SHAND,

    Defendant.
_____/

**DEFENDANT SHAND'S OBJECTION TO THE
PRESENTENCE INVESTIGATION REPORT**

    Defendant, Anthony Shand, through undersigned counsel, objects to the Presentence Investigation Report as follows:

    1. Defendant objects to paragraph 35 on the ground that no violence was used nor directed nor was any victim threatened with violence.

    Wherefore, Defendant submits the above objection to the Presentence Investigation Report.

    Respectfully submitted,
    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    By: *s/Robert E Adler*
    Robert E Adler
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 259942
    450 South Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    (561) 833-0368 - Facsimile
    robert_adler@fd.org - Email

**CERTIFICATE OF SERVICE**

      I HEREBY certify that on **March 27, 2014**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/*Robert E. Adler*
                                                  Robert E. Adler

**SERVICE LIST**
UNITED STATES v. ANTHONY SHAND
Case No. 13-60255-CR-MARRA
United States District Court, Southern District of Florida

Robert E. Adler
robert_adler@fd.org
Assistant Federal Public Defender
450 S Australian Avenue
Suite 500
West Palm Beach, Florida 33401
Tel: 561-833-6288
Fax: 561-833-0368
Attorney for Defendant
Notice of Electronic Filing

Donald F. Chase, II
donald.chase@usdoj.gov
Assistant United States Attorney
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, FL. 33301-3002
Tel: 954-356-7255
Fax: 954-356-7336
Attorney for the Government
Notice of Electronic Filing