UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CR-60255-KAM

UNITED STATES OF AMERICA,

 Plaintiff,
vs.

**BRIAN McCALLA,**

 Defendant,
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Brian McCalla, through undersigned counsel, files this Unopposed Motion to Continue Sentencing and in support thereof would state:

1. Sentencing in this cause is currently scheduled for May 16, 2014 at 2:00 P.M. A personal matter has come up requiring undersigned counsel to respectfully request that sentencing be continued for a brief period of time to May 21, 2014, at any time convenient to the court.

2. Undersigned counsel has conferred with Assistant United States Attorney Donald Chase who advised that he does not oppose the instant request and is available on May 21st 2014. There are no speedy trial issues in this case.

**WHEREFORE**, based on the foregoing, the defendant respectfully requests this Honorable Court grant the instant motion and reset sentencing on this matter to May 21, 2014.

Respectfully submitted,

ROBBINS TUNKEY, ROSS, AMSEL,
RABEN, & WAXMAN, P.A.
2250 S.W. 3rd Avenue, 4th Floor
Miami, Florida   33129
Tel: 305-858-9550; Fax: 305-858-7491
Email: bobamsel@crimlawfirm.com

By:   **/s/ Robert G. Amsel**
        ROBERT G. AMSEL
        FLORIDA BAR NO. 0349690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of May, 2014, I electronically filed the foregoing document with the Clerk of the Court and all counsel of record using CM/ECF.

Respectfully submitted,

ROBBINS TUNKEY, ROSS, AMSEL,
RABEN, & WAXMAN, P.A.

By:   **/s/ Robert G. Amsel**
        ROBERT G. AMSEL
        FLORIDA BAR NO. 0349690