UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CR-60255-KAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**BRIAN McCALLA,**

    Defendant.
_____/

## OBJECTIONS TO THE PSI REPORT

The Defendant, Brian McCalla, through undersigned counsel, files these Objections to the Presentence Investigation Report and in support thereof states:

1. Mr. McCalla would object to the first sentence of paragraph 17 of the report. Mr. McCalla did not arrive at the undercover business in that particular vehicle however, this was a vehicle in which Mr. McCalla was riding earlier that evening.

2. Mr. McCalla would also object to a sentence in the middle of paragraph 19 which states: "McCalla said he thought the robbery sounded 'sweet' and that if he was to participate, he expected to receive some sort of payment for his involvement."  Mr. McCalla denies having ever made this statement to anyone.

**WHEREFORE**, the defendant respectfully requests that these objections be sustained and the PSI report be changed accordingly.

Respectfully submitted,

ROBBINS TUNKEY, ROSS, AMSEL,
RABEN, & WAXMAN, P.A.
Attorneys at Law
2250 S.W. 3rd Avenue, 4th Floor
Miami, Florida 33129
Tel: 305-858-9550; Fax: 305-858-7491
Email: bobamsel@crimlawfirm.com

By:     **/s/ Robert G. Amsel**
         ROBERT G. AMSEL
         FLORIDA BAR NO. 0349690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of May, 2014, I electronically filed the foregoing document with the Clerk of the Court and all counsel of record using CM/ECF.

Respectfully submitted,

ROBBINS TUNKEY, ROSS, AMSEL,
RABEN, & WAXMAN, P.A.

By:     **/s/ Robert G. Amsel**
         ROBERT G. AMSEL
         FLORIDA BAR NO. 0349690